# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **HARRY SHAROD JAMES,** a/k/a Harry Sharod James-El | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | 3:21-cv-00275-MR |
| vs. | ) ) ) | |
| **EDDIE M. BUFFALOE JR., Secretary** of Department of Public Safety, | ) ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2022 Memorandum of Decision and Order.

February 7, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court